IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DAYLE HALEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  07-CV-3291 |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

Plaintiff Dayle Haley's Complaint [1] appealing a final decision of the Social Security Administration regarding her application for Disability Insurance Benefits and Supplemental Security Income was filed in this matter on November 2, 2007.  On March 11, 2008, Defendant filed its Answer [3] to the Complaint, along with a certified copy of the Administrative Hearing Transcript [4].  Local Rule 8.1(D), a copy of which was sent by the Clerk to all parties on March 18, 2008, requires the Plaintiff, within 30 days after the filing of Defendant's Answer, to file a Motion for Summary Judgment.  Plaintiff failed to timely file the required motion, and by Text Order of May 13, 2008, U.S. Magistrate Judge Byron

Cudmore directed the Plaintiff to file her Motion for Summary Judgment on or before June 2, 2008.   Plaintiff was advised that if no motion were filed, the case would be subject to dismissal for want of prosecution.

As of this date, Plaintiff has failed to comply with Local Rule 8.1(D). The Court recommends that Plaintiff's Complaint be dismissed for want of prosecution.

The parties are advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within ten working days after being served with a copy of this Report and Recommendation.  See 28 U.S.C. § 636(b)(1).  Failure to file a timely objection will constitute a waiver of objections on appeal.  <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986).  See Local Rule 72.2.

ENTER:   June 9, 2008

FOR THE COURT:

*s/ Byron G. Cudmore*
_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE